**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:

David Faircloth; Dan T. McKittrick; Jack Rindlisbacher; Gilbert Romero; and Norman L. Wallin, on behalf of themselves and all others similarly situated,
　　　　　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　v.
Champion Laboratories, Inc.; United Components, Inc.; Purolator Filters N.A., LLC; Honeywell International, Inc.; Wix Filtration Corp., LLC; Cummins Filtration, Inc.; Donaldson Company, Inc.; Baldwin Filters, Inc.; Robert Bosch L.L.C.; Mann+Hummell U.S.A., Inc.; and ArvinMeritor, Inc.,
　　　　　　　　　　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| NAME (Type or print) |
| --- |
| John R. Wylie |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| 　　s/ John R. Wylie |
| FIRM |
| Futterman Howard Watkins Wylie & Ashley, Chtd. |
| STREET ADDRESS |
| 122 S. Michigan Ave., Suite 1850 |
| CITY/STATE/ZIP |
| Chicago, IL  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6189251 | 312-427-3600 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [] |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO [x] |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐ |

FILED: AUGUST 25, 2008
08CV4844
JUDGE ZAGEL
MAGISTRATE JUDGE KEYS
YM